AO 91 (Rev. 11/11)  Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Meghan Bean | Telephone: | (313) 226-9100 |
| Special Agent: | Danielle Stefanovski | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Deaunte Dontez MALONE

Case No.
Case: 2:22−mj−30247
Assigned To : Unassigned
Assign. Date : 5/23/2022
Description: CMP USA v. MALONE (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 5, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Danielle Stefanovski*
*Complainant's signature*

Special Agent Danielle Stefanozski - ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 23, 2022

*Jonathan JC Grey*
*Judge's signature*

City and state: Detroit, Michigan

Honorable Jonathan J.C. Grey, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Danielle Stefanovski, being sworn, depose and state the following:

### I.     INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since March of 2018. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C § 2510(7), and I am empowered by law to conduct investigations and make arrests for criminal offenses enumerated under federal law.

2. Prior to becoming a Special Agent with ATF, I was a Special Agent with the United States Secret Service. I have had extensive law enforcement training, including the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, USSS Special Agent Training Program in Beltsville, Maryland, and ATF Special Agent Basic Training in Glynco, Georgia. I also have a Bachelor of Business Administration from the University of Michigan.

3. During my employment with ATF, I have participated in numerous criminal investigations focused on firearms, firearms traffickers, armed drug traffickers and criminal street gangs. During these investigations, I have utilized a variety of investigative techniques and resources, including physical and electronic

1

surveillance, undercover investigation work, and various types of informants and cooperating sources.

4.   The statements contained in this affidavit are based, in part, on my review of written police reports by Detroit Police Department (DPD) officers. This affidavit also includes information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter, my own investigation, and the review of documents.

5.   The information outlined herein is provided for the limited purpose of establishing probable cause and does not contain all details or facts that exist pertaining to the investigation.

6.   I am currently investigating Deaunte Dontez MALONE (DOB: xx/xx/1992), for a violation of 18 U.S.C. § 922(g)(1) (Possession of a Firearm By a Convicted Felon).

## II.   PROBABLE CAUSE

7.   On May 5, 2022, DPD officers were patrolling the area of Santa Rosa Drive and Grove Street in Detroit, Michigan. Officers observed a black male, later identified as MALONE, standing in the road in front of XXXX6 Santa Rosa Drive. One officer observed a distinctive L-shaped bulge in MALONE's right pants pocket, which was particularly visible due to the tight pants MALONE was

2

wearing. The officer observed MALONE move his right hand and place it over his right pocket, over the aforementioned bulge.

8. As officers exited their police vehicle and approached MALONE, MALONE fled from officers on foot toward McNichols Road. Officers pursued MALONE and gave multiple verbal commands for MALONE to stop and get on the ground. After a brief pursuit, officers apprehended MALONE near the corner of Santa Rosa Drive and West McNichols. Officers placed MALONE in handcuffs and recovered a black handgun from MALONE's right pants pocket, where the officer had observed the L-shaped bulge.

9. The recovered firearm was a black Taurus Millennium, .40 caliber pistol, loaded with ten live rounds of ammunition in the magazine and one live round in the chamber.

10. According to a LEIN query conducted by the officers, MALONE does not have a concealed pistol license (CPL). MALONE was subsequently arrested for carrying a concealed weapon (CCW).

11. On May 17, 2022, I reviewed a National Crime Information Center (NCIC) query regarding MALONE's computerized criminal history (CCH). The CCH revealed the following felony convictions:

  a. 2010 – Felony – Home Invasion (1st Degree); Felony – Assault with Intent to Rob While Unarmed; Felony – Unlawful Imprisonment (3rd Circuit Court, Detroit, MI);

  b. 2019 – Felony Controlled Substance – Delivery/Manufacture Less Than 50 Grams (Cocaine, Heroin, or Other Narcotic) (39th Circuit Court, Lenawee County, MI).

12. On December 17, 2020, MALONE signed a MDOC Form CSJ-290, which put him on notice that he is a "convicted felon" and is therefore prohibited from possessing a firearm or ammunition. Furthermore, MALONE was on parole with the Michigan Department of Corrections (MDOC) at the time of his arrest in this case.

13. On May 18, 2022, I provided ATF Interstate Nexus Expert Special Agent Mark Davis with a verbal description of the Taurus Millennium .40 caliber pistol recovered from MALONE. Based upon the verbal description, Special Agent Davis advised that it was manufactured outside the State of Michigan after 1898. Therefore, it is a "firearm" as defined under 18 U.S.C. § 922 and had traveled in and affected interstate commerce.

### III. CONCLUSION

14. Based on the above information, there is probable cause to believe that Deaunte Dontez MALONE, violated 18 U.S.C. § 922(g)(1) (Possession of a Firearm by a Convicted Felon) on or around May 5, 2022, in the Eastern District of Michigan.

_Danielle Stefanovski_
Danielle Stefanovski
Special Agent. Bureau of Alcohol,
Tobacco, Firearms, and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_Jonathan JC Grey_
HON. JONATHAN J.C. GREY
UNITED STATES MAGISTRATE JUDGE

Date: May 23, 2022